UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

-----------------------------------------X
:
In re:                                   :    Chapter 7
                                         :
PORCH AND PATIO, INC.                    :    Case No. 06-30626
                                         :
                                         :
        Debtor                           :    May 11, 2011
-----------------------------------------X

REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____   The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:    May 11, 2011.              _____
                                     Richard M. Coan, Trustee
                                     (ct06376)
                                     Coan, Lewendon, Gulliver
                                     & Miltenberger, LLC
                                     495 Orange Street
                                     New Haven, CT 06511
                                     Telephone: (203) 624-4756
                                     Facsimile: (203) 865-3673
                                     rcoan@coanlewendon.com

EXHIBIT A

Case Name:   PORCH AND PATIO, INC.

Case Number:   06-30626

| Name and Address | Claim No. | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Southington Tax Collector<br>P.O. Box 579<br>Southington, CT 06489 | 63 | $ 11.77 | $ N/A | $ 11.77 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ N/A | $ 11.77 |